JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTHEW BERGER and MADELYN SWED,<br><br>　　　　　　　Defendants,<br><br>and Related Counterclaim. | Case No. CV 12-08294-MWF (PJWx)<br><br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 92). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54 and 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered as follows:

1. On Plaintiff's Claim 1 for declaratory relief: In favor of Defendants.
2. On Counterclaimants' Claim 1 for breach of contract: In favor of Counterclaimants.
3. On Counterclaimants' Claim 2 for breach of the implied covenant of good faith and fair dealing: In favor of Counter-Defendants.
4. Defendants and Counterclaimants shall have damages in the amount of **$31,382.30**.
5. Defendants and Counterclaimants are awarded their costs (not to include attorneys' fees).

Dated:  October 22, 2014

MICHAEL W. FITZGERALD
United States District Judge